# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MELVIN D. REED,**

        **Plaintiff,**

   **v.**                                                  **Case No. 11-C-221**

**LINCARE, INC.,**

        **Defendant.**

## DECISION AND ORDER

This Decision and Order addresses pro se Plaintiff Melvin D. Reed's ("Reed") request for a minimum two-month extension of the March 26, 2012, deadline for the completion of discovery. Defendant Lincare, Inc. ("Lincare") opposes the motion contending that Reed has not established "good cause" for the modification of the Court's scheduling order.

Although the action was filed on March 1, 2011, no Rule 16 scheduling order was issued until January 26, 2012, – the date of the Court's Decision and Order resolving Lincare's motion for summary judgment and for sanctions. In establishing the schedule, the Court did not request updated input from the parties in setting the deadlines for discovery and the filing of dispositive motions.

However, the Court referred to the Rule 16(f) report filed by Lincare on August 12, 2011. Reed did not join in that report or file his own report.

Reed's letter request for an extension of time raises Reed's other obligations including a 3-day administrative hearing in late February 2012, and his ill health – including a February 22, 2012, hospital emergency department visit. The circumstances presented establish good cause for the requested extension of time. Therefore, Reed's request is granted.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

Reed's request for an extension of time to complete discovery is (ECF No. 44) is **GRANTED**;

All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be **completed no later than May 26, 2012**. Neither the pendency of motions nor settlement discussions will affect any of the dates set in this action, and neither will justify delays in the taking of discovery; and

Dispositive motions must be filed **on or before June 26, 2012**. When a motion for summary judgment is filed electronically utilizing the Court's Electronic Case Filing system, counsel and the pro se Plaintiff must also provide this Chambers with a paper copy of the motion, and all accompanying briefs and papers.

Dated at Milwaukee, Wisconsin, this 6th day of March, 2012.

**BY THE COURT**:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**